**HALL & EVANS, LLC**
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
TANYA M. FRASER, ESQ.
Nevada Bar No. 13872
1160 North Town Center Drive, Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
*Attorneys for Defendant Sam's West, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARIA SILVERIO, individually,<br><br>　　　　　　Plaintiff<br><br>v.<br><br>SAM'S WEST, INC., a Foreign Corporation; DOE MANAGERS I through X; DOE MAINTENANCE and/or INSPECTION EMPLOYEES or AGENTS I through X; DOES I through XX; ROE PROPERTY MANAGEMENT ENTITIES I through X; ROE MAINTENANCE and/or INSPECTION ENTITIES I through X; and ROE CORPORATIONS and/or ENTITIES I through XX, inclusive,<br><br>　　　　　　Defendant | CASE NO.: 2:23-cv-02044-CDS-BNW<br><br>**STIPULATION FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE** |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff MARIA SILVERIO and Defendant SAM'S WEST, INC., by and through their respective counsel of record, that the claims asserted by Plaintiff MARIA SILVERIO against Defendant SAM'S WEST, INC. be dismissed in their entirety, with prejudice, the parties each to bear their own costs and fees.

. . .

. . .

. . .

1  This matter is not currently set for trial and the parties request that all pending deadlines and
2  hearings currently set in this case be VACATED.
3  **IT IS SO STIPULATED.**

4
5  DATED this 18th day of February, 2025.          DATED this 18th day of February, 2025.
6  HALL & EVANS, LLC.                              PATERNOSTER LAW GROUP

7  /s/ Kurt R. Bonds                               /s/ Glenn A. Paternoster
   KURT R. BONDS, ESQ.                             GLENN A. PATERNOSTER, ESQ.
8  Nevada Bar #6228                                Nevada Bar No. 5452
   TANYA M. FRASER, ESQ.                           428 South 4th Street
9  Nevada Bar #13872                               Las Vegas, Nevada 89101
   1160 North Town Center Drive                    Telephone: (702) 654-1111
10 Suite 330                                       Facsimile: (702) 522-1522
11 Las Vegas, Nevada 89144                         glenn@paternosterlaw.com
   (702) 998-1022                                  *Attorneys for Plaintiff*
12 nvefile@hallevans.com
   Attorneys for *Defendant Sam's West, Inc.*
13

14  Based on the parties' stipulation, this case is dismissed with prejudice, with each party to
15 bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.
16  Dated: February 18, 2025
17                                                  _____
18                                                  Cristina D. Silva
                                                    United States District Judge
19

20  Respectfully submitted by:
21  HALL & EVANS, LLC

22  /s/ Kurt R. Bonds
    KURT R. BONDS, ESQ.
23  Nevada Bar #6228
24  TANYA M. FRASER, ESQ.
    Nevada Bar No. 13872
25  1160 North Town Center Drive, Ste 330
    Las Vegas, Nevada 89144
26  (702) 998-1022
27  *Attorneys for Defendant Sam's West, Inc.*
28